UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY THOMAS,<br><br>    Petitioner,<br><br>    v.<br><br>DANNY SAMUEL, Warden,<br><br>    Respondent. | Case No. 2:22-cv-03852-FLA (JC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the January 31, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The court approves and accepts the Report and Recommendation.

    IT IS ORDERED that the Petition is denied on its merits, the Motion to Stay is denied, this action is dismissed with prejudice, and Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

IT IS SO ORDERED.

Dated: March 28, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge