UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY THOMAS,<br><br>Petitioner,<br><br>v.<br><br>DANNY SAMUEL, Warden,<br><br>Respondent. | Case No. 2:22-cv-03852-FLA (JC)<br><br>**JUDGMENT** |

Pursuant to this court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

Dated: March 28, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge